**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SAMMIE L. BROWN                                                                                       PLAINTIFF

v.                                              4:10-cv-01391-JLH-JTK

KARL BYRD, et al.                                                                                  DEFENDANTS

<u>ORDER</u>

Plaintiff is a prisoner who filed a Complaint (Doc. No. 1) pursuant to 42 U.S.C. § 1983, without prepayment of the $350.00 filing fee and costs, or an Application to Proceed <u>In Forma Pauperis</u>.

Under the Prison Litigation Reform Act (PLRA), in order for the Court to determine how the $350 filing fee will be paid, the prisoner is required to submit an <u>in forma pauperis</u> application, together with a calculation sheet **prepared and signed by an authorized official** of the incarcerating facility. This calculation sheet reflects the deposits and monthly balances in the inmate's trust account at the facility during the six-month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). However, the Act also provides that **in no event shall a prisoner be prohibited from bringing a civil action because he "has no assets and no means by which to pay the initial partial filing fee."** 28 U.S.C. § 1915(b)(3). Accordingly,

IT IS THEREFORE ORDERED THAT plaintiff must submit either the $350 statutory filing fee or an <u>in forma pauperis</u> application within thirty (30) days of the entry date of this Order.[1]

The Clerk is directed to send to the plaintiff an <u>in forma pauperis</u> application, together with the filing fee calculation sheet.

---

[1] The Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states: ". . . If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

DATED this 27th day of September, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE