## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SAMMIE L. BROWN                                                                                          PLAINTIFF

v.                                               No. 4:10CV01391 JLH-JTK

KARL BYRD, et al.                                                                                    DEFENDANTS

### JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 8th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE